# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent,**

vs.                                                    **No. CV 16-00736-RB-SMV**
                                                                **No. CR 09-02968-RB**

**DANIEL RAMON MUÑOZ,**

      **Defendant/Movant.**

## ORDER STAYING CASE PENDING
## TENTH CIRCUIT AUTHORIZATION PURSUANT TO 28 U.S.C. § 2255(h)

**THIS MATTER** is before the Court under rule 4 of the Rules Governing Section 2255 Proceedings on Defendant/Movant Daniel Ramon Muñoz's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255, filed on July 27, 2016. [CV Doc. 1; CR Doc. 531]  This is a successive § 2255 Motion and Muñoz has not yet obtained authorization to proceed from the United States Court of Appeals for the Tenth Circuit.  *See* 28 U.S.C. § 2255(h).  The Court notes, however, that Muñoz has filed a Motion for Permission in the Tenth Circuit, seeking authorization to proceed with his § 2255 Motion.  *See In re: Muñoz*, No. 16-2160 (10th Cir. June 28, 2016).  Therefore, the Court will order this case stayed pending the Tenth Circuit's ruling on Muñoz's Motion for Permission.

**IT IS ORDERED** that this matter is STAYED pending the ruling of the United States Court of Appeals for the Tenth Circuit on Muñoz's Motion for Permission to file a second or successive habeas petition under 28 U.S.C. § 2255.

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**