IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                                            No. CV 16-00736 RB/SMV
                                                                    No. CR 09-02968 RB

DANIEL RAMON MUÑOZ,

    Defendant/Movant.

## JUDGMENT

**THIS MATTER** having come before the Court under Rule 4 of the Rules Governing Section 2255 Proceedings on the Motion to Correct Sentence Under 28 U.S.C. § 2255 filed by Defendant/Movant, Daniel Ramon Muñoz. (CV Doc. 1; CR Doc. 531) and the Court having entered its Order dismissing the § 2255 Motion with prejudice,

**IT IS ORDERED** that Judgment is entered and the Motion to Correct Sentence Under 28 U.S.C. § 2255 filed by Defendant/Movant, Daniel Ramon Muñoz. (CV Doc. 1; CR Doc. 531) is **DISMISSED** with prejudice under Rule 4 of the Rules Governing Section 2255 Proceedings.

_____
UNITED STATES DISTRICT JUDGE